JS-6

1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

AJIT HEALTHCARE, INC., KEY          )   No. CV 13-01133-GAF (JPRx)
11  WON AHN, and HYE SUN AHN KIL, )
                                    )
12            Plaintiffs,           )   **JUDGMENT FOR DEFENDANTS**
13                                  )
                                    )
14        vs.                       )
                                    )
15                                  )
    UNITED STATES DEPARTMENT OF)
16  HOMELAND SECURITY and           )
    UNITED STATES CITIZENSHIP       )
17  AND IMMIGRATION SERVICES,       )
                                    )
18                                  )
19            Defendants.           )
                                    )
20  _____)

21

22          In light of the findings of fact and conclusions of law contained in the

23  Court's February 7, 2014, Order re: Motions for Summary Judgment (ECF No.

24  30), the Court **ORDERS** that judgment be entered as follows:

25          1.      Judgment for DEFENDANTS UNITED STATES DEPARTMENT

26  OF HOMELAND SECURITY and UNITED STATES CITIZENSHIP AND

27  IMMIGRATION SERVICES ("USCIS") and against PLAINTIFFS AJIT

28  HEALTHCARE, INC., KEY WON AHN, and HYE SUN AHN KIL;

1

2.      The Court AFFIRMS DEFENDANT USCIS's denial of PLAINTIFF AJIT HEALTHCARE, INC.'s Form I-129 petition on behalf of PLAINTIFF KEY WON AHN and all PLAINTIFFS' related and derivative petitions; and

3.      The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

DATED: February 13, 2014

JS-6

_____
THE HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE